**STATE of Missouri, Respondent,**

v.

**Jayson D. HURST, Appellant.**

**No. WD 58449.**

Missouri Court of Appeals,
Western District.

April 10, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 29, 2001.

Application for Transfer Denied
Aug. 21, 2001.

John M. Schilmoeller, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before SMART, P.J., SPINDEN, C.J., and HOWARD, J.

## ORDER

PER CURIAM.

Jayson D. Hurst appeals from his convictions of assault in the second degree, § 565.060, and armed criminal action, § 571.015.

Judgment affirmed. Rule 30.25(b).